COE *et al.*, Appellants, *v.* COE, Respondent.
*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)
No opinion. Order affirmed, with $10 costs and disbursements.

---

COMSTOCK *et al.*, Appellants, *v.* BUDLONG *et al.*, Respondents.
*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)
No opinion. Judgment of the county court of Oneida county, reversing the judgment of the city court of Utica, reversed, with costs, and the judgment of the city court of Utica affirmed, with costs.

---

COURSEY *et al.*, Appellants, *v.* MORTON *et al.*, Respondents.
*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)
No opinion. Judgment affirmed, with costs to the respondent Sidney Smith, assignee, only.

---

*In re* DEMELT.
*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)
No opinion. Decree of surrogate affirmed, with costs to the respondent, payable out of the estate.

---

DISBROW, Appellant, *v.* DISBROW, Respondent.
*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)
No opinion. Order affirmed, with $10 costs and disbursements.

---

DOBBINS, Respondent, *v.* FISHER, Appellant.
FISHER MANUF'G Co., Limited, *v.* SAME.
*(Supreme Court, General Term, Fourth Department.* April Term, 1890.)
No opinion. Order reversed, without costs, and without prejudice to an application or motion, under section 2463 of the Code of Civil Procedure.

---

DWIGHT, Respondent, *v.* ELMIRA, C. & N. R. Co., Appellant.
*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)
No opinion. Judgment affirmed, with costs. See 8 N. Y. Supp. 789.